UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEOVERA SPECIALTY INSURANCE COMPANY

VERSUS

ERROL WAYNE HICKS, ET AL.

CIVIL ACTION

NO. 20-505-JWD-SDJ

## FINAL DEFAULT JUDGMENT

The matter is before the Court on the *Motion for Final Default Judgment Under Federal Rules of Civil Procedure Rule 55* (Doc. 42) concerning the "Cross Claim" filed by Citizens Financial Group, Inc. ("CFG") and Citizens Bank, N.A. ("CBNA"), a national banking association and a subsidiary of CFG, Inc. (collectively, "Citizens"). The Court finds that service of process of the Cross Claim was made upon the cross-claim defendant, Errol Wayne Hicks, (Doc. 18); that a *Clerk's Entry of Default* has been entered against Hicks with respect to Citizens, (Doc. 37); and that no answer or other opposition was filed by the cross-claim defendant, (*id.*). Also, notice of the hearing on the motion for default judgment was made upon the cross-claim defendant. (Doc. 48.) Lastly, following a status conference, Mr. Hicks was given an opportunity to have counsel enroll on his behalf and/or file a response to Citizens' motion, (*see* Doc. 49), and, to date, neither has happened. There being no further notice requirements, the Court is of the opinion that Citizens is entitled to a final default judgment against Hicks, and accordingly:

**IT IS ORDERED, ADJUDGED AND DECREED** that the *Motion for Final Default Judgment Under Federal Rules of Civil Procedure Rule 55* (Doc. 42) is **GRANTED**; that judgment is hereby entered in favor of cross-claim plaintiffs, Citizens Financial Group, Inc. ("CFG") and Citizens Bank, N.A. ("CBNA"), a national banking association and a subsidiary of

CFG, Inc. (together "Citizens"), and against cross-claim defendant, Errol Wayne Hicks, for the following sums of money:

```
Principal--------------------$127,258.53

Interest----------------------$   6,150.88*

Escrow advance-----------$  14,182.22

Fees-------------------------$         55.00

Accum. late charges------$        480.24

Accum. Nsf charges------$         20.00

Recov. Balance------------$    6,243.00
```

together with all future interest at the rate of 3.625% per annum from February 1, 2021 until all sums have been paid, plus costs and attorney's fees in an amount to be determined in accordance with Middle District of Louisiana Local Civil Rule 54.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that cross-claim plaintiff's mortgage appearing at File No. 895044, Book No. 2527, Page 28 of the official mortgage records of the Clerk of Court and Recorder of Mortgages for Livingston Parish, Louisiana is recognized, maintained and enforced as to the following described immovable property:

> A certain lot or parcel of ground containing 2.00 acres, together with all the buildings and improvements located thereon, situated in the parish of Livingston, State of Louisiana, Section 26, Township 6 South, Range 4 East, Greensburg Land District of Louisiana, and being more particularly shown and described as TRACT "D" on a plat of survey by Alvin Fairburn, Sr., C.E., dated September 15, 1978, and revised October 5, 1978, made a part of that Cash Sale from Worner Don Cruse and Joyce Bates Cruse to Patricia P. Hicks, dated October 3, 2001, recorded October 4, 2001, under Entry No. 00477555, records of Livingston Parish, Louisiana. Being the same property acquired by Patricia P. Hicks by Cash Sale from Worner Don Cruze and Joyce Bates Cruze, dated October 3, 2001, recorded

October 4, 2001, under Entry No. 00477555, records of Livingston Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on <u>May 17, 2021</u>.

　　　　　　　　　　　　　　　　　　_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**